ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 14 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIO JOSE MENDEZ-IGLESIAS,<br>   A/K/A JHON DEER,<br>   A/K/A ROBERT,<br>   A/K/A CATERPILLAR,<br>   A/K/A MUSICIO,<br>   A/K/A MARIACHI,<br>   A/K/A JHON D.,<br>   A/K/A PAISANO,<br>   A/K/A DANIEL,<br>   A/K/A JAVI,<br>   A/K/A JHON DEER 2,<br>   A/K/A JAVI ONE,<br>   A/K/A RUSO,<br>   A/K/A CALAMAR 1,<br>   A/K/A MANTARRAYA, AND<br>   A/K/A VICTORINOX | CRIMINAL INDICTMENT<br><br>No 17-CR-054<br><br>(UNDER SEAL) |

THE GRAND JURY CHARGES THAT:

**Count One**

From in or about November 2014, and continuing thereafter up to and including the date of this Indictment, in the Northern District of Georgia, the Republic of Colombia, the Republic of Guatemala, the Republic of Costa Rica and of Republic of Mexico, and elsewhere, the defendant, MARIO JOSE MENDEZ-IGLESIAS, and others known and unknown to the Grand Jury, did knowingly and

intentionally combine, conspire, confederate, agree, and have a tacit understanding to violate Title 21, United States Code, Section 959, that is, to knowingly and intentionally distribute controlled substance, said conspiracy involving at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that said substances would be unlawfully imported into the United States, all in violation of Title 21, United States Code, Sections 959(a), 959(b)(2), 960(a)(3), 960(b)(1), and 963.

## Count Two

From in or about November 2014, and continuing until on or about the date of this Indictment, in the Northern District of Georgia, the Republic of Colombia, the Republic of Guatemala, the Republic of Costa Rica, the Republic of Mexico, and elsewhere, the defendant, MARIO JOSE MENDEZ-IGLESIAS, did knowingly combine, conspire, confederate, agree, and have a tacit understanding with other persons known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to possess with the intent to distribute controlled substance, said conspiracy involving at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 846.

## Forfeiture Provision

Upon conviction of one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, the defendant, MARIO JOSE MENDEZ-IGLESIAS, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, all property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violations and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations, including but not limited to the following:

> a. MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or

3

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

A  True  BILL

_____
FOREPERSON

JOHN A. HORN
*United States Attorney*

LISA W. TARVIN
 *Assistant United States Attorney*
Georgia Bar No. 574960

MICHAEL J. BROWN
 *Assistant United States Attorney*
Georgia Bar No. 064437

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303
404-581-6000; Fax: 404-581-6181