IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>v.<br><br>MARIO JOSE MENDEZ-IGLESIAS,<br><br>　　Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:17-CR-054-SCJ-JKL |

## **ORDER**

Counsel for Defendant Mendez-Iglesias has waived the pretrial conference scheduled in this case. No motions were filed. There are no other pending matters before the Magistrate Judge, and the undersigned is aware of no problems relating to the scheduling of this case for trial.

IT IS THEREFORE ORDERED and ADJUDGED that this action be, and the same is hereby, declared Ready For Trial.

IT IS SO ORDERED this 17th day of April, 2018.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE